THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
UNITED STATES ex rel.           )
**UNDER SEAL**,                 )
                                )
       Plaintiff,      )    Case No. 12-1464
                                )
       v.              )    **<u>FILED UNDER SEAL</u>**
                                )
**UNDER SEAL**,                 )
                                )
       Defendants.     )
_____)


**UNITED STATES' NOTICE OF INTERVENTION
FOR PURPOSES OF SETTLEMENT**

Viveca D. Parker, AUSA
United States Attorney's Office
615 Chestnut Street #1250
Philadelphia, PA 19106
(215) 861-8443
<u>Viveca.parker@usdoj.gov</u>

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
                                    )
UNITED STATES OF AMERICA            )    Case No. 12-1464
ex rel. DANIEL DIMARZIO,            )    FILED UNDER SEAL
                                    )
        Plaintiff,                  )
                                    )
        v.                          )
                                    )
FIRSTSOURCE SOLUTIONS LTD.;         )
FIRSTSOURCE SOLUTIONS USA, LLC;     )
and MEDASSIST, INC.,                )
                                    )
        Defendants.                 )
```

## UNITED STATES' NOTICE OF INTERVENTION FOR
## PURPOSES OF SETTLEMENT

1. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its intervention for settlement purposes against defendants Firstsource Solutions, Ltd., Firstsource Solutions USA, LLC, and Medassist, Inc. ("defendants") as to allegations that defendants violated the False Claims Act, 31 U.S.C. § 3729 *et seq*.

2. The United States and defendants executed a Settlement Agreement that provides for a release of certain defined covered conduct, a payment by defendants to the United States, and the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement.

3. The Settlement Agreement provides that the parties shall promptly sign and execute a joint stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 4l(a)(l), when the United States receives the required payment from the defendants as provided for by the terms of the Settlement Agreement.

4. The United States requests that the following documents be immediately

unsealed:

    a.    This Notice of Election to Intervene; and

    b.    The relator's Complaint.

The United States requests that all other papers or Orders on file in this matter remain under seal.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

*/s/ Charlene Keller Fullmer*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Viveca D. Parker*
VIVECA D. PARKER
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: 215-861-8522/8443

*Attorneys for the United States of America*

Dated: August 20, 2020

# CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing Notice of Intervention for Purposes of Settlement was sent by email and United States mail, postage prepaid, to the following:

      Douglas K. Rosenblum, Esquire
      Pietragallo Gordon Alfano Bosick & Raspanti, LLP
      1818 Market Street - Suite 3402
      Philadelphia, PA 19103
      *Relator's Counsel*

                                    */s/ Viveca D. Parker*
                                    VIVECA D. PARKER

Dated: August 20, 2020